# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0609
LT Case No. 2013-102539-CFDL

_____

JOSHUA I. MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Joshua I. Martinez, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell Sanders, Assistant Attorney General, Daytona Beach, for Appellee.

August 27, 2024

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____